**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR SHOCKEY,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |

*FILED RICHARD W. NAGEL CLERK OF COURT*
*FEB 27 2025 4:25 P*
*U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-COLUMBUS*

2:25-CR-32
Judge Sargus

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
(Possession with Intent to Distribute Fentanyl)

On or about May 22, 2024, in the Southern District of Ohio, the defendant, **TAYLOR SHOCKEY,** did knowingly, intentionally and unlawfully possess with intent to distribute a detectable amount of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**KELLY A. NORRIS**
**Acting United States Attorney**


_____
**NICOLE PAKIZ (0096242)**
**JENNIFER M. RAUSCH (0075138)**
**Assistant U.S. Attorneys**